■ In the Matter of the Estate of MAGDA CORDELL MCHALE, Deceased. DENISE KELLEHER, Respondent; EVAN MCHALE, Appellant, et al., Respondents. [9 NYS3d 919]—Motion for re-

argument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Carni, Lindley and Valentino, JJ.